**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Central District of California**

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**  *Check one:*

■ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**  Influenced Living, LLC

**3. Other names you know the debtor has used in the last 8 years**  The Grow Collective, LLC

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**
■ Unknown
_____
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| **3561 Gladiola Drive** <br> Number    Street | Number    Street <br> P.O. Box |
| **Calabasas CA 91302-0000** <br> City    State    Zip Code | City    State    Zip Code |
| **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** <br> Number    Street <br> City    State    Zip Code |

**6. Debtor's website** (URL) _____

**7. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**  *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **Influenced Living, LLC** _____  Case number *(if known)* _____

- ☐ Railroad (as defined in 11 U.S.C. § 101(44)
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes. Debtor _____  Relationship _____
District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____

Debtor _____  Relationship _____
District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____

### Part 3: Report About the Case

**10. Venue**  *Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **SSMS Enterprises, LLC** | money loaned/money invested | $**174000** |
| | | $ |
| | | $ |
| **Snap Property Investments, LLC** | money loaned/money invested | $**48000** |
| | | $ |
| | | $ |
| **MD Creative Solutions, LLC** | money loaned/money invested | $**22000** |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $**244000** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4  Request for Relief

Case 1:25-bk-10110-MB    Doc 1    Filed 01/22/25    Entered 01/22/25 16:21:02    Desc
Main Document    Page 3 of 5

Debtor    Influenced Living, LLC                                    Case number (if known)

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
SSMS Enterprises, LLC
Name

1550 Oakdale Street
Number    Street
Pasadena CA 91106-0000
City                State        Zip Code

Name and mailing address of petitioner's representative, if any

MICHAEL L. SEZEY
Name

1550 OAKDALE STREET
Number    Street
PASADENA                CA        91106
City                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    01/22/2025
               MM / DD / YYYY

[signature]    OWNER/MANAGING DIRECTOR
Signature of petitioner or representative, including representative's title

**Attorneys**

Thomas J. Polis, Esq.
Printed name

Polis & Associates, APLC
Firm name, if any

19800 MacArthur Blvd, Suite 1000
Number    Street
Irvine CA 92612-2433
City                State        Zip Code
Contact phone    949.862.0040    Email    tom@polis-law.com

Bar number    119326

State    CA

/s/ Thomas J. Polis
Signature of attorney
Date signed    1/22/2025
               MM / DD / YYYY

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Snap Property Investments, LLC
Name

1550 Oakdale Street
Number    Street
Pasadena CA 91106-0000
City                State        Zip Code

Name and mailing address of petitioner's representative, if any

SUSAN K. SEZEY
Name

1550 OAKDALE STREET
Number    Street
PASADENA                CA        91106
City                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    01/22/2025
               MM / DD / YYYY

SKS    Owner, managing director
Signature of petitioner or representative, including representative's title

**Attorneys**

Thomas J. Polis, Esq.
Printed name

Polis & Associates, APLC
Firm name, if any

19800 MacArthur Blvd., Suite 1000
Number    Street
Irvine CA 92612-2433
City                State        Zip Code
Contact phone    949.862.0040    Email    tom@polis-law.com

Bar number    119326

State    CA

Signature of attorney
Date signed
               MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor  Influenced Living, LLC    Case number (if known) _____

**Petitioners or Petitioners' Representative**     **Attorneys**

Name and mailing address of petitioner
**MD Creative Solutions, LLC**
Name

**2725 CR-250**
Number   Street
**Durango CO 81301-0000**
City                State          Zip Code

Name and mailing address of petitioner's representative, if any
**Melinda Mount**
Name

**2725 CR-250**
Number   Street
**Durango, CO 81301-0000**
City                State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **01/22/2025**
              MM / DD / YYYY

_[signature]_  Owner
Signature of petitioner or representative, including representative's title

Thomas J. Polis, Esq.
Printed name

Polis & Associates, APLC
Firm name, if any
19800 MacArthur Boulevard, Suite 1000
Number   Street
Irvine CA 92612-2433
City                State          Zip Code
Contact phone  949.862.0040   Email  tom@polis-law.com

Bar number  119326

State  CA

/s/ Thomas J. Polis
Signature of attorney
Date signed  **1/22/2025**
             MM / DD / YYYY

Debtor **Influenced Living, LLC**      Case number *(if known)* _____

## Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**MD Creative Solutions, LLC**
Name

**2725 CR-250**
Number    Street

**Durango CO 81301-0000**
City      State      Zip Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City      State      Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____
          MM / DD / YYYY

_____
Signature of petitioner or representative, including representative's title

## Attorneys

**Thomas J. Polis, Esq.**
Printed name

**Polis & Associates, APLC**
Firm name, if any

**19800 MacArthur Boulevard, Suite 1000**
Number    Street

**Irvine CA 92612-2433**
City      State      Zip Code

Contact phone    **949.862.0040**    Email    **tom@polis-law.com**

Bar number    **119326**

State    **CA**

_____
Signature of attorney
Date signed _____
         MM / DD / YYYY